MICHAEL C. ORMSBY
City Attorney
Salvatore J. Faggiano
Nathaniel J. Odle
Assistant City Attorneys
OFFICE OF THE CITY ATTORNEY
808 W. Spokane Falls Blvd.
Spokane, WA  99201-3326
Telephone:  (509) 625-6225
Fax:  (509) 625-6277

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| G.R.B., a Minor, Individually and through his Litigation Guardian ad Litem H. Douglas Spruance, III,<br><br>          Plaintiff,<br><br>    vs.<br><br>CITY OF SPOKANE; SGT. KURTIS REESE, and DOES 1-5,<br><br>          Defendants. | NO.<br><br>NOTICE OF REMOVAL<br><br>(SPOKANE COUNTY SUPERIOR COURT, CASE NO. 18-2-02530-8) |

**TO:**        **Clerk of the Court, United States District Court Eastern District of Washington at Spokane:**

**AND TO:**    **Plaintiff G.R.B. and Litigation Guardian ad Litem H. Douglas Spruance, III; and your attorneys William C. Maxey and Mark J. Harris of Maxey Law Offices, PLLC:**

---

NOTICE OF REMOVAL

Michael C. Ormsby, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

Pursuant to 28 U.S.C. § 1443 and 28 U.S.C. § 1446, Defendants City of Spokane and Sgt. Kurtis Reese (collectively hereinafter as "Defendants") hereby remove the above-entitled action to the United States District Court for the Eastern District of Washington at Spokane. Defendants state:

1.    The above-entitled action was filed in the Superior Court of Spokane County, Case No. 18-2-02530-8. A redacted copy of the Complaint filed in Spokane County Superior Court is attached hereto **Exhibit A**.

2.    Jurisdiction of this Court is based on 28 U.S.C. § 1331, 28 U.S.C. § 1343, 28 U.S.C. § 1367, 28 U.S.C. § 1441, and/or 28 U.S.C. § 1443.

3.    Plaintiff alleges federal civil rights violations under 42 U.S.C. § 1983, see:

> "The conduct of the defendants, including Sgt. Kurtis Reese, and each of them as set forth above constitutes the use of excessive and unreasonable force against the Plaintiff. Defendants' use of excessive force on Plaintiff constituted deprivation of federally protected rights under color of law was unreasonable and unjustified under the circumstances then existing, in violation of his constitutional rights under the United States Constitution, including, without limitation the Fourth and Fourteen Amendments."

NOTICE OF REMOVAL

Michael C. Ormsby, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

. . .

"Defendants' above-described violations of 42 U.S.C. § 1983."

*See* Plaintiff's Complaint at ¶¶ 19-20.

4.     Pursuant to 28 U.S.C 1446(a), true and correct copies of all pleadings previously served on Defendants are attached to counsel's verification.

5.     All served defendants consent to removal.

6.     Defendants reserve any and all affirmative defenses, including but not limited to, insufficient service of process.

DATED this 20th day of August 2018.

/s/ Nathaniel J. Odle
Salvatore J. Faggiano, WSBA #15696
Nathaniel J. Odle, WSBA #39602
Assistant City Attorney
Attorney for City Defendants
808 W. Spokane Falls Blvd.
Spokane, WA  99201-3326
Telephone:  (509) 625-6225
Fax:  (509) 625-6277
Email: nodle@spokanecity.org

NOTICE OF REMOVAL

Michael C. Ormsby, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2018, I electronically filed the foregoing "**NOTICE OF REMOVAL**" with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

William C. Maxey
Mark J. Harris
Maxey Law Offices, PLLC
1835 West Broadway Avenue
Spokane, WA  99201

/s/ Nathaniel J. Odle
Salvatore J. Faggiano, WSBA #15696
Nathaniel J. Odle, WSBA #39602
Office of the City Attorney
808 W. Spokane Falls Blvd.
5th Floor, Municipal Building
Spokane, WA  99201-3326
Phone (509) 625-6225
Fax (509) 625-6277

NOTICE OF REMOVAL

Michael C. Ormsby, City Attorney
OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

EXHIBIT A

RECEIVED
AUG 08 2018
CITY CLERK'S OFFICE

**COPY**
Original Filed

**JUN 08 2018**

Timothy W. Fitzgerald
SPOKANE COUNTY CLERK

## IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

## IN AND FOR THE COUNTY OF SPOKANE

| | |
|---|---|
| G███ R. B███, a Minor, Individually and through his Litigation Guardian ad Litem H. Douglas Spruance, III, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SPOKANE, SGT. KURTIS REESE, and DOES 1-5, <br><br> Defendants. | NO. **18202530-8** <br><br> COMPLAINT FOR DAMAGES <br><br> COPY |

COMES NOW the Plaintiff, G███ R. B███, individually, by and through his attorneys William C. Maxey and Mark J. Harris of Maxey Law Offices, PLLC, and his guardian ad litem and complains and alleges as follows:

### PARTIES

1. Plaintiff ███████, at all times pertinent to this litigation, was and continues to be a resident of the City of Spokane, County of Spokane, State of Washington. Use of the word "Plaintiff" hereinafter refers to ███████

COMPLAINT FOR DAMAGES - 1

MAXEY LAW OFFICES, PLLC
1835 West Broadway Avenue
Spokane, WA 99201
509-326-0338
Fax: 509-325-4490

2. At all times material hereto, Defendant City of Spokane (the City) is a municipality in the State of Washington duly organized and existing under the laws of the State of Washington with the right to sue and be sued in its own name and for the acts and omissions of its agents and employees and is the employer of Sgt. Kurt Reese. Defendant the City is the employer/principal of the individuals responsible for determining and implementing training, custom and policy for its Police Department's use of force. The City may be held independently or vicariously liable for the tortious conduct of its officers and employees, and for its policies and practices that violate federal law.

3. At all times material hereto and pertinent to this complaint, Defendant Sgt. Kurtis (Kurt) Reese was a law enforcement officer employed by the City of Spokane and was acting within the course and scope of his employment with the City and under the color of state law. Defendant Sgt. Kurt Reese is sued in his individual and representative capacity.

4. Defendant Does 1-5 at all times pertinent to this complaint were law enforcement officers or agents employed by the City of Spokane who were involved in the conduct complained of and alleged hereinafter and were acting under the color of state law. Defendant Does 1-5 are sued in their personal and representative capacities. Plaintiff prays leave to amend this pleading, to set forth the names and capacities of named Defendants Does 1-5, as persons that may be responsible for the injuries suffered by the Plaintiff.

COMPLAINT FOR DAMAGES - 2

MAXEY LAW OFFICES, PLLC
1835 West Broadway Avenue
Spokane, WA 99201
509-326-0338
Fax: 509-325-4490

## JURISDICTION & VENUE

5. All acts complained of occurred in the City of Spokane, County of Spokane, and State of Washington.

6. Venue and jurisdiction is proper in the Spokane County Superior Court.

7. Jurisdiction is proper in the Washington State Superior Court pursuant to, but not limited to, Title 42, United States Code §§ 1983 & 1988 and the Revised Code of Washington.

8. This court has personal and subject matter jurisdiction.

9. An administrative claim pursuant to RCW 4.96 *et seq.* was presented to the City of Spokane on February 27, 2018 for causes of action under Washington State Law. More than sixty days have passed since the submission of the claim.

## STATEMENT OF BACKGROUND FACTS

10. On June 9, 2015, Plaintiff was walking downtown and spotted by two Spokane Police Department officers, including Defendant Sgt. Kurtis Reese and/or Does 1-5.

11. On June 9, 2015, Plaintiff was 14 years of age and reportedly had a dependency warrant relating to a dependency matter.

12. On June 9, 2015, at approximately 1639 hours, in an apparent effort to detain Plaintiff, Defendant Sgt. Kurtis Reese tackled/shoved and/or used force against Plaintiff and knocked him into the glass window at Cool Water Bikes located at or near 224 S. Howard Street in the City of Spokane, State of Washington.

COMPLAINT FOR DAMAGES - 3

MAXEY LAW OFFICES, PLLC
1835 West Broadway Avenue
Spokane, WA 99201
509-326-0338
Fax: 509-325-4490

13. As a direct result of being tackled and going through the glass window, Plaintiff sustained serious laceration injuries to his body, and suffered additional injuries to his mind as further set forth herein.

14. Plaintiff was taken to Providence Sacred Heart Medical Center by ambulance and received medical treatment to the lacerations on his body. As a direct result, Plaintiff now has permanent scaring and other residuals.

15. During the entire aforementioned encounter with law enforcement, Plaintiff's conduct did not involve any violent actions toward the officers.

16. Defendant City of Spokane did not take and has not taken remedial, disciplinary, and/or corrective action against Defendant Sgt. Kurtis Reese following his use of force against Plaintiff and have affirmed and ratified their conduct on behalf of the City of Spokane.

## CAUSES OF ACTION/CLAIMS FOR RELIEF

17. Plaintiff seeks damages under all legal and equitable causes of action supported by the short, plain statement of facts set forth herein.

18. Without limiting the legal and equitable causes of action which may be pursued at trial, Plaintiff's causes of action expressly include the following:

EXCESSIVE FORCE (42 USC § 1983)

19. The conduct of the defendants, including Sgt. Kurtis Reese, and each of them as set forth above constitutes the use of excessive and unreasonable force against the Plaintiff. Defendants' use of excessive force on Plaintiff constituted

COMPLAINT FOR DAMAGES - 4

MAXEY LAW OFFICES, PLLC
1835 West Broadway Avenue
Spokane, WA 99201
509-326-0338
Fax: 509-325-4490

deprivation of federally protected rights under color of law was unreasonable and unjustified under the circumstances then existing, in violation of his constitutional rights under the United States Constitution, including, without limitation, the Fourth and Fourteenth Amendments.

20. Defendants' above-described violations of 42 USC §1983 caused the damages discussed hereinafter.

LIABILITY OF THE CITY OF SPOKANE (*Monell* claim)

21. The City is liable for the acts of Sgt. Kurtis Reese and Does 1-5 as a result of its failure to adequately train and supervise the officers with regard to the use of excessive force and the maintenance of a de facto practice and policy allowing officers to use force, and because the City ratified the actions of those involved through the conduct of the City and other official representatives of the City, including Sgt. Kurt Reese and Does 1-5.

22. Defendants' above-described violations of 42 USC §1983 caused the damages discussed hereinafter.

NEGLIGENCE

23. The conduct of Defendants, including Sgt. Kurtis Reese, and each of them, as alleged herein constitutes gross negligence and negligence for, without limitation, among other things, breaching their duties of care to protect Plaintiff from unreasonable risks of harm, not controlling his body when attempting to apprehend/detain Plaintiff, failure to use reasonable care when attempting to

COMPLAINT FOR DAMAGES - 5

MAXEY LAW OFFICES, PLLC
1835 West Broadway Avenue
Spokane, WA 99201
509-326-0338
Fax: 509-325-4490

apprehend/detain Plaintiff, failure to exercise that degree of care other officers/persons would exercise in the same or similar circumstances, failure to provide adequate supervision and appropriate training, including, without limitation, adequate and appropriate training involving decision making process regarding the use of force and apprehension of non-violent persons such as Plaintiff.

## ASSAULT & BATTERY

24. Defendant Sgt. Kurtis Reese's conduct toward Plaintiff constitutes assault and battery under Washington State law.

25. As a direct and proximate result of Defendant Sgt. Kurt Reese's conduct, Plaintiff sustained injuries and damages, discussed more fully hereinafter.

## INFLICTION OF EMOTIONAL DISTRESS:

26. Defendants, and each of them, including Kurtis Reese, engaged in conduct which constitutes negligent infliction of emotional distress or, alternatively, intentional infliction of emotional distress (outrage) under Washington State law.

27. As a direct and proximate result of Defendants' conduct, Plaintiff sustained injuries and damages, discussed more fully hereinafter.

///

///

///

COMPLAINT FOR DAMAGES - 6

MAXEY LAW OFFICES, PLLC
1835 West Broadway Avenue
Spokane, WA 99201
509-326-0338
Fax: 509-325-4490

TORTIOUS CONDUCT

28. Defendant Kurtis Reese's and/or Defendants' conduct constitutes recklessness, gross negligence and negligence under Washington State law and otherwise tortious conduct under Washington State law and federal law.

29. As a direct and proximate result of Defendants' conduct, Plaintiff sustained injuries and damages, discussed more fully hereinafter.

**INJURIES RECEIVED**

30. As a direct and proximate result of the facts as alleged herein, Plaintiff sustained personal injuries, including without limitation, lacerations to his body, and other injuries to his body and mind.

31. As a further direct and proximate result of the facts as alleged herein, Plaintiff has suffered and will in the future continue to suffer, without limitation, the loss of enjoyment of life, pain, mental anguish, mental injury and suffering.

32. As a further direct and proximate result of the facts as alleged herein, Plaintiff is entitled to damages in an amount to be proven at the time of trial.

**EXPENSES INCURRED**

33. As a direct and proximate result of the facts as alleged herein, Plaintiff has incurred special damages including, without limitation, medical expenses and other out-of-pocket expenses associated with these injuries, the amount of which to be proven at the time of trial.

COMPLAINT FOR DAMAGES - 7

MAXEY LAW OFFICES, PLLC
1835 West Broadway Avenue
Spokane, WA 99201
509-326-0338
Fax: 509-325-4490

## PRAYER FOR RELIEF

Plaintiff respectfully demands a jury trial and requests a judgment against Defendants, and each of them, jointly and severally, as follows:

A. General damages in an amount to be determined at trial.

B. Special damages in an amount to be determined at trial.

C. Punitive and exemplary damages in an amount deemed just and reasonable as provided by law.

D. Plaintiff's reasonable attorneys fees and costs, pursuant to 42 USC §1988, or as otherwise provided by law.

E. For such other and further relief as the court deems just and equitable.

DATED this ___8___ day of June, 2018.

MAXEY LAW OFFICES, PLLC

By: _____
WILLIAM C. MAXEY, WSBA #6232
MARK J. HARRIS, WSBA #31720
Attorneys for Plaintiff

COMPLAINT FOR DAMAGES - 8

MAXEY LAW OFFICES, PLLC
1835 West Broadway Avenue
Spokane, WA 99201
509-326-0338
Fax: 509-325-4490