FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| G.R.B., <br><br>                Plaintiff, <br><br>  v. <br><br>CITY OF SPOKANE; KURTIS REESE; and DOES 1-5, <br><br>                Defendants. | NO: 2:18-CV-264-RMP <br><br> ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice, ECF No. 17. Having reviewed the Stipulation and the record, the Court finds good cause to dismiss this matter as requested. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 17**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter a judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** April 2, 2019.

                            *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                               United States District Judge